**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| ELMET TECHNOLOGIES, INC., | ) |
| | ) |
|         Plaintiff | ) |
| v. | ) |
| | )  CIVIL NO: 05-200-P-S |
| ADVANCED TECHNOLOGIES | ) |
| SYSEMS, INC., et al. | ) |
|         Defendants | ) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 27) filed February 17, 2006, the Recommended Decision is AFFIRMED.

Accordingly, it is ORDERED that Plaintiff's Motion to Vacate the Order (Docket No. 18) granting defendant Big Sky Engineering, Inc.'s Motion to Dismiss Count IX (Docket No. 19) is GRANTED. The deadline for filing plaintiff's opposition to that motion, Motion to Extend Time for Response (Docket No. 21) is extended to January 16, 2006.

                                                    /s/ George Z. Singal
                                                    Chief United States District Judge

Dated this 10th day of March, 2006.