**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| ELMET TECHNOLOGIES, INC., | ) | |
| | ) | |
|       Plaintiff | ) | |
| v. | ) | Civil No.   05-200-P-S |
| | ) | |
| ADVANCED TECHNOLOGIES SYSTEMS, et al., | ) | |
| | ) | |
|       Defendants | ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 34) filed March 16, 2006, the Recommended Decision is AFIRMED.

Accordingly, it is ORDERED that Defendant Big Sky Engineering, Inc.'s Motion to Dismiss Count IX (Docket No. 10) is DENIED.

                                            /s/ George Z. Singal
                                        Chief United States District Judge

Dated this 11th day of April, 2006.