UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ELMET TECHNOLOGIES, INC., )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>ADVANCED TECHNOLOGIES )<br>SYSTEMS, INC., et al., )<br>)<br>**Defendant** ) | Civil No.  05-200-P-S |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 47) filed April 24, 2006, the Recommended Decision is AFFIRMED.

Accordingly, it is ORDERED that Defendant Gemma's Motion to Set Aside Default (Docket No. 38) is GRANTED.  Defendant Gemma is to file his Answer within three business days of the date of this order.  Plaintiff's Motion for Default Judgment (Docket No. 33) is MOOT.

  /s/ George Z. Singal
Chief United States District Judge

Dated this 12th day of May, 2006.