# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ELMET TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 2:05-CV-200-GZS |
| | ) |
| ADVANCED TECHNOLOGIES, INC., | ) |
| ALEXANDER J. GEMMA, BIG SKY | ) |
| ENGINEERING INC., & INSPIRED | ) |
| AUTOMATION INC. | ) |
| | ) |
| Defendants. | ) |

## ORDER DISMISSING CAPITOL INDEMNITY CORPORATION'S COMPLAINT

Presently before the Court is the Motion to Dismiss or Strike Capitol Indemnity's Complaint (Docket #s 71 & 72) by Elmet Technologies, Inc. ("Elmet"). For the reasons stated in Elmet's Motion and noting that no timely objection has been filed, the Court hereby GRANTS the Motion to Dismiss (Docket # 71) and hereby DISMISSES WITHOUT PREJUDICE the Third Party Complaint filed by Capitol Indemnity Corporation (Docket # 70).

As a result of this ruling, the Court finds Elmet's separately docketed Motion to Strike (Docket # 72) and Defendant Big Sky Engineering. Inc.'s Motion to Dismiss Capitol Indemnity Corporations' Complaint (Docket # 76) MOOT.

SO ORDERED.

    /s/ George Z. Singal
United States Chief District Judge

Dated this 3rd day of January 2007.

1